UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY WAYNE MILLS                                                                                   PLAINTIFF

v.                                      Civil No. 2:14-CV-02026-MEF

SHERIFF STEVEN SMITH and JAIL                                                              DEFENDANTS
ADMINISTRATOR DAVID SPICER

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, Plaintiff's Complaint (Doc. 1), as supplemented (Docs. 19, 20), is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED this 3rd day of March, 2017.**

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE